IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE L. PETTY, | ) |
| Petitioner, | ) |
| vs. | ) No. CIV-21-1175-C |
| SCOTT CROW, Director, | ) |
| Respondent. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Suzanne Mitchell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Mitchell entered a Report and Recommendation on December 20, 2021, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Petitioner's Objection discusses a number of cases and legal principles, but fails to connect any of them to those set out in the Report and Recommendation, or to demonstrate those conclusions are incorrect.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, this petition for habeas corpus relief is dismissed for lack of jurisdiction as a second or successive habeas petition.

IT IS SO ORDERED this 12th day of January 2022.

ROBIN J. CAUTHRON
United States District Judge