IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE L. PETTY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) No. CIV-21-1175-C |
| SCOTT CROW, Warden, | ) ) ) |
| Respondent. | ) ) |

**O R D E R**

Petitioner, a state prisoner appearing pro se, has filed a document titled as a Motion. However, it fails to request any relief cognizable in this case. Petitioner originally filed a 28 U.S.C. § 2254 Petition. That Petition was dismissed for lack of jurisdiction as a second or successive Petition on January 12, 2022. The present pleading cannot be read as an appeal of or request for reconsideration of that Order. Indeed, the present pleading offers little more than Petitioner's opinions regarding certain cases. It makes no request for relief that can be granted by this Court.

Accordingly, Petitioner's Motion for State Court's Violation (Dkt. No. 16) is STRICKEN as without legal or factual foundation.

IT IS SO ORDERED this 5th day of May 2022.

ROBIN J. CAUTHRON
United States District Judge